# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2015

Robert P. Young, Jr.,
Chief Justice

150846(146)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DTE ELECTRIC COMPANY, a/k/a DETROIT
EDISON COMPANY,
　　　　　Plaintiff-Appellee,

v

JOSEPH CONSTANT,
　　　　　Defendant-Appellant.

_____/

SC: 150846
COA: 317976
Oakland CC: 2013-132055-CH

On order of the Chief Justice, the motion of defendant-appellant for permission to electronically file Exhibits 98-188 to his amended application for leave to appeal is GRANTED. The exhibits that were electronically submitted on March 3, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2015

